## <u>RETURN OF SERVICE</u>
### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 1:23-CV-20304-RKA

Plaintiff: **ZAGG INC**
vs.
Defendant: **TX TRADING INC. D/B/A AMAZON RESELLER "MAC N' CHEESE**

For:
MALLORY COONEY
K & L GATES LLP
200 SOUTH BISCAYNE BLVD
#3900
MIAMI, FL 33131

Received by Caplan, Caplan & Caplan Process Servers on the 26th day of January, 2023 at 5:23 pm to be served on **TX TRADING INC. D/B/A AMAZON RESELLER "MAC N' CHEESE C/O SPIEGEL & UTRERA, P.A., REGISTERED AGENT, 1840 SW 22ND STREET, 4TH FLOOR, MIAMI, FL 33145**.

I, Hugo Mata, do hereby affirm that on the **30th day of January, 2023** at **10:55 am, I:**

served a **CORPORATION, REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR INJUNCTION RELIEF AND DAMAGES, CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **SPIEGEL & UTRERA, P.A** as **REGISTERED AGENT** at the address of: **1840 SW 22ND STREET, 4TH FLOOR, MIAMI, FL 33145** on behalf of **TX TRADING INC. D/B/A AMAZON RESELLER "MAC N' CHEESE C/O SPIEGEL & UTRERA, P.A., REGISTERED AGENT**, and informed said person of the contents therein, in compliance pursuant to Fed.R.Civ.P. 4(h)(1)(b)

**Additional Information pertaining to this Service:**
SERVED LAWRENCE SPIEGEL, REG AGENT OF THE REGISTERED AGENT

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action.  Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

**Hugo Mata**
324

**Caplan, Caplan & Caplan Process Servers**
**12505 Orange Drive**
**Suite 907**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2023003020
Service Fee: _____



| DELIVERED | 1/30/2023 10:55 AM |
| SERVER | HM |
| LICENSE | 324 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida ▾

| | | |
|---|---|---|
| ZAGG INC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.    1:23-cv-20304-RKA |
| TX TRADING INC. d/b/a AMAZON RESELLER ″ MAC N ′ CHEESE, ″ | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TX TRADING INC. d/b/a AMAZON
RESELLER ″ MAC N ′ CHEESE, ″
c/o SPIEGEL & UTRERA, P.A., Registered Agent
1840 SW 22ND ST 4TH FLOOR
MIAMI, FL 33145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mallory M. Cooney, Esq.
K&L Gates LLP
200 S. Biscayne Boulevard, Suite 3900
Miami, FL 33131
Telephone:  305-539-3300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Jan 26, 2023

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court