**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:23-cv-20304-RKA

ZAGG INC.,

Plaintiff,

v.

TX TRADING INC. et al.,

Defendants.

_____/

**<u>DEFENDANT TX TRADING INC.'S UNOPPOSED MOTION TO RESCHEDULE
STATUS CONFERENCE AND FOR LEAVE TO APPEAR BY ZOOM</u>**

Defendant, TX Trading, Inc. ("TX Trading"), by and through its undersigned counsel,

hereby files this Motion to Reschedule Status Conference and for leave to appear by Zoom, as

follows:

1.  On March 28, 2023, the Court entered an Order setting an in-person Status Conference for

Thursday, April 6, 2023 at 2:00 pm. DE-20.

2.  April 6, 2023 is the first day of Passover. For religious reasons, Tx Trading respectfully

requests that the Status Conference be reset for a date that is not a religious holiday.[1]

3.  Tx Trading requests leave to appear at the rescheduled Status Conference by Zoom as its

counsel are located in Boca Raton and New York.

_____

[1] The holiday is observed April 6-7 and 12-13.

1

**Cahen Law, P.A., 1900 Glades Road, Suite 270, Boca Raton, Florida 33431
Office: (561) 922-0430, geoff@cahenlaw.com**

4.   Tx Trading further notes that the Court's Order Setting Trial and Pre-Trial Schedule set calendar call for Sunday, October 29, 2023. DE-19. Tx Trading requests that the calendar call be reset for a weekday.

5.   Plaintiff does not oppose the relief sought in this motion.

**WHEREFORE,** Defendant, TX Trading, Inc., respectfully requests that the Court reset the Status Conference, allow counsel to appear by Zoom, reset Calendar Call to a weekday.

DATED:        March 30, 2023
              Boca Raton, Florida

                                        Respectfully submitted,

                                        CAHEN LAW, P.A.
                                        1900 Glades Road, Suite 270
                                        Boca Raton, Florida  33431
                                        Tel. No.: (561) 922-0430

                                        By:  __/s/ Geoffrey M. Cahen_____
                                            Geoffrey M. Cahen
                                            Florida Bar No. 0013319
                                            Geoff@cahenlaw.com
                                            *Attorney for Defendants*

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

I certify that counsel for TX Trading conferred in good faith with counsel for Plaintiff prior to filing this motion and Plaintiff consents to the motion.

                                        *s/   Geoffrey M. Cahen*
                                        Geoffrey M. Cahen

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed

electronically, this **30th day of March, 2023**, to:

*Counsel for Plaintiff*

Mallory Meagan Cooney
K and L Gates
200 South Biscayne Boulevard
Suite 3900
Miami, FL 33131-2399
3055393342
Fax: 3053587095
Email: mallory.cooney@klgates.com


Jack S. Brodsky
K&L Gates, LLP
State Street Building
One Lincoln Street
Boston, MA 02110
(617) 261-3100
Email: jack.brodsky@klgates.com

Morgan T. Nickerson
K&L Gates LLP
State Street Financial Center, One Lincoln Street
Boston, MA 02111
617.261.3134
Email: morgan.nickerson@klgates.com


By: __*s/ Geoffrey M. Cahen*_____
        Geoffrey M. Cahen

3

**Cahen Law, P.A., 1900 Glades Road, Suite 270, Boca Raton, Florida 33431**
**Office: (561) 922-0430, geoff@cahenlaw.com**