UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20304-ALTMAN/Reid

ZAGG INC.,

    *Plaintiff*,

v.

TX TRADING, INC., *d/b/a*
AMAZON RESELLER MAC N CHEESE

    *Defendant*.

_____/

## ORDER SCHEDULING MEDIATION

The parties filed a Joint Notice of Mediator Selection [ECF No. 36]. The mediation in this case shall be held via videoconference before Steven A. Mayans on **July 18, 2023, at 10:00 AM**. Within **three days** of the mediation, the parties shall file a joint mediation report with the Court. The report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse. Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

    **DONE AND ORDERED** in the Southern District of Florida on May 1, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record