**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

ZAGG INC,                                                                 **Case No.: 1:23-cv-20304-RKA**

        Plaintiff,

v.

MENACHEM MENDEL ICHILEVICI;
TX TRADING INC.;
DVG TRADE LLC; and

        Defendants.
_____/

DVG TRADE LLC,

        Counterclaim-Plaintiff,

v.

ZAGG INC., SCREENYA, LLC,
MERRIL LONGMORE, and
BRENDAN BUCKNER,

        Counterclaim-Defendants.
_____/

**NOTICE OF FILING DECLARATION OF MARK BERKOWITZ IN OPPOSITION TO ZAGG INC AND SCREENYA, LLC'S MOTION TO DISMISS**

Defendant DVG Trade LLC, by and through its undersigned counsel, hereby files the attached Declaration of Mark Berkowitz in Opposition to Zagg Inc and Screenya, LLC's Motion to Dismiss.

1

June 9, 2023

        Respectfully submitted,

        By: */s/ Geoffrey M. Cahen*
            Geoffrey M. Cahen
            Florida Bar No. 0013319
            CAHEN LAW, P.A.
            1900 Glades Road, Suite 270
            Boca Raton, Florida 33431
            Tel. No.: (561) 922-0430
            Geoff@cahenlaw.com

            Mark Berkowitz (*Pro Hac Vice*)
            TARTER KRINSKY & DROGIN LLP
            1350 Broadway
            New York, NY  10018
            Tel. No: (212) 216-8000
            mberkowitz@tarterkrinsky.com

        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed, this **9th day of June, 2023**, to:

*Counsel for Plaintiff*

Mallory Meagan Cooney
KandL Gates
200 South Biscayne Boulevard
Suite 3900
Miami, FL 33131-2399
3055393342
Fax: 3053587095
Email: mallory.cooney@klgates.com

Jack S. Brodsky
K&L Gates, LLP
State Street Building
One Lincoln Street
Boston, MA 02110
(617) 261-3100
Email: jack.brodsky@klgates.com

Morgan T. Nickerson
K&L Gates LLP
State Street Financial Center, One Lincoln Street
Boston, MA 02111
617.261.3134
Email: morgan.nickerson@klgates.com

By: */s/ Geoffrey M. Cahen*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

ZAGG INC,                                                  **Case No.: 1:23-cv-20304-RKA**

        Plaintiff,

v.

MENACHEM MENDEL ICHILEVICI;
TX TRADING INC.;
DVG TRADE LLC; and

        Defendants.
_____/

DVG TRADE LLC,

        Counterclaim-Plaintiff,

v.

ZAGG INC., SCREENYA, LLC,
MERRIL LONGMORE, and
BRENDAN BUCKNER,

        Counterclaim-Defendants.
_____/

**DECLARATION OF MARK BERKOWITZ IN OPPOSITION TO**
**ZAGG INC AND SCREENYA, LLC'S MOTION TO DISMISS**

I, Mark Berkowitz, declare as follows:

    1.    I am a Partner at Tarter, Krinsky & Drogin LLP and admitted *pro hac vice* as an attorney of record for Defendant/Counterclaim-Plaintiff DVG Trade LLC ("DVG").

    2.    I make this Declaration in support of DVG's Opposition to Zagg Inc and Screenya, LLC's Motion to Dismiss.

1

3. Attached hereto as **Exhibit 1** is a true and correct copy of screenshots of the webpage found at https://www.linkedin.com/in/merril-longmore-87a27a55/recent-activity/comments/, accessed on June 9, 2023.

4. Attached hereto as **Exhibit 2** is a true and correct copy of screenshots of the webpage found at www.amazon.com/sp?ie=UTF8&seller=AJK3SJQRH914T, accessed on June 8, 2023.

5. Attached hereto as **Exhibit 3** is a true and correct printout of the webpage found at www.stout.com/en/locations, accessed on June 8, 2023.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the "Response of Stout Risius Ross, LLC to May 18, 2023 Subpoena Issued by DVG Trade LLC," which was served on DVG's counsel on June 6, 2023.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by non-party Stout Risius Ross, LLC in this action with Bates number SRR_000004–05.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by non-party Stout Risius Ross, LLC in this action with Bates number SRR_000167.

9. Attached hereto as **Exhibit 7** is a true and correct excerpt of a printout of the webpage found at https://www.linkedin.com/in/brandon-buckner-22b74391, accessed on June 8, 2023.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the text of an email from counsel for Zagg Inc in this action to DVG's counsel, dated May 4, 2023.

11. Attached hereto as **Exhibit 9** is a true and correct copy excerpts of "Plaintiff's Objections and Responses to Defendant DVG Trade LLC's First Set of Interrogatories," which was served on DVG's counsel on May 12, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 9, 2023　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　Mark Berkowitz