# Exhibit 3



---

# Ready to Work – Anywhere in the World

No matter what city, state, or country you're in, Stout is available to help. With offices in North America, Asia, and Europe, and professional experience on every continent, we can assist on your complex financial advisory needs. We have successfully completed projects in more than 80 countries and every major economy.

Our clients and their advisors confidently rely on our extensive international expertise to seamlessly address their most important issues, whether they are multi-national, country-specific, or hyper-local in scope. We rigorously monitor trends on a global scale and analyze past, current, and future economic and geopolitical factors that may influence your personal and business-related decisions so that you can achieve the most desirable outcome.

Whether you are looking to access an international pool of buyers for your company or require a valuation for your foreign entity or subsidiary, we provide one point person to coordinate all technical and administrative aspects of international projects.

## Our Global Locations



**NORTH AMERICA**          EUROPE                    ASIA

Atlanta

Baltimore

Charlotte

Chicago

Cleveland

Dallas

Denver                 DETROIT
                       150 West Second Street
                       Suite 400
Detroit                Royal Oak, MI 48067
                       150 West Second Street
Grand Rapids           Suite 400
                       Royal Oak, MI 48067
Houston
                       Office: +1.248.208.8800
Irvine                 Fax: +1.248.208.8822

Los Angeles

Miami

New York

Philadelphia          **VIEW MAP**

San Diego             View Map

San Francisco         **FOR MORE INFORMATION:**

Tysons Corner         Kevin Kernen

Washington, DC        kkernen@stout.com