# Exhibit 6

| | |
|---|---|
| **From:** | Nick Fedorchak <nick.fedorchak@zagg.com> |
| **Sent:** | Tuesday, February 14, 2023 8:53 PM |
| **To:** | Jasmeet Singh Marwah |
| **Subject:** | RE: Coffee / Lunch in coming weeks? |

Hey Jasmeet,

I hope all is well. This is a bit of a random question: but I am shifting away from flying to SLC every week, to fully remote. I remember BFC use to rent an office from Stout. Any idea if you guys have capacity for me to rent an office?

Nick

**From:** Nick Fedorchak
**Sent:** Sunday, October 9, 2022 1:45 PM
**To:** Jasmeet Singh Marwah <jmarwah@stout.com>
**Subject:** RE: Coffee / Lunch in coming weeks?

Hi Jasmeet,

Thanks for reaching out. Feel free to schedule a zoom call – Oct 25 @ 2 pm ET is preferred.

**Nick Fedorchak**
Chief Strategy Officer

M 248 866 3611
910 West Legacy Center Way, Suite 500; Midvale, Utah 84047

   

**From:** Jasmeet Singh Marwah <jmarwah@stout.com>
**Sent:** Thursday, October 6, 2022 3:07 PM
**To:** Nick Fedorchak <nick.fedorchak@zagg.com>
**Subject:** Coffee / Lunch in coming weeks?

> You don't often get email from jmarwah@stout.com. Learn why this is important

Nick,

Hope all is well and you are all settled into the new role / company.

Let me know if you want to connect in coming weeks over coffee or lunch. Alternatively, we can connect virtually over zoom…



Jasmeet Marwah, CFA, CEIV