# Exhibit 7

6/8/23, 4:45 PM                              Brandon Buckner - Tax Director - NEOGOV | LinkedIn

                                                                        



## Brandon Buckner

NEOGOV-Tax Director

Riverton, Utah, United States

99 followers · 98 connections

Join to view profile

 **NEOGOV**

 **University of Utah - David Eccles
School of Business**

## Experience

 **Tax Director**
NEOGOV
Apr 2023 - Present · 3 months

 **ZAGG, Inc.**
8 years 9 months

**Tax Director**
Jul 2014 - Mar 2023 · 8 years 9 months
Salt Lake County, Utah, United States

Brandon Buckner - Tax Director - NEOGOV | LinkedIn





Greater Salt Lake City Area

**Tax Manager**

Huntsman Corporation

Jul 2005 - Jul 2014 · 9 years 1 month

**Tax Senior**

Arthur Andersen & Co.

1998 - 2002 · 4 years

## Education

**University of Utah - David Eccles School of Business**

Masters of Professional Accountancy · Taxation

## Licenses & Certifications

**Brandon Buckner**

State of Colorado

Credential ID Certified Public Accountant