# Exhibit 8

**From:** Nickerson, Morgan T.
**Sent:** Thursday, May 04, 2023 11:11 AM
**To:** 'Mark Berkowitz' <mberkowitz@tarterkrinsky.com>; Brodsky, Jack S. <Jack.Brodsky@klgates.com>; geoff@cahenlaw.com
**Cc:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>; Jennifer Doran <jdoran@tarterkrinsky.com>
**Subject:** RE: ZAGG v. TX Trading, et al.., 1:23-cv-20304 (SDFL)

Mark,

I was unaware of the Screenya entity. Accordingly, can I have another week to dig into that issue with my client before responding to written discovery requests?

Thanks,
Morgan