UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

ZAGG INC,                                          Case No.: 1:23-cv-20304-RKA

    Plaintiff,

v.

MENACHEM MENDEL ICHILEVICI,
TX TRADING INC.,

    Defendants,

and

DVG TRADE LLC,

    Defendant/
    Counterclaim-Plaintiff/
    Third-Party Plaintiff,

v.

ZAGG INC,

    Counterclaim-Defendant,

v.

SCREENYA, LLC, MERRIL LONGMORE,
And BRENDAN BUCKNER,

    Third-Party Defendants.
_____/

**ORDER GRANTING SCREENYA, LLC, MERRIL LONGMORE, AND BRENDAN BUCKNER'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

THIS CAUSE having come before the court on the Third-Party Defendants Screenya, LLC, Merril Longmore, and Brendan Buckner's Motion for Extension of Time to Complete Discovery

315785234.1

(the "Motion") [ECF No.____], and the court having reviewed the file and being otherwise advised in the premises, it is

ORDERED and ADJUDGED that the Motion is Granted. All deadlines in the Amended Scheduling Order dated April 3, 2023 [ECF No. 29] shall be extended by ninety days given the addition of new parties.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _____ day of _____, 2023.

_____
Honorable Roy K. Altman
United States District Court Judge

Copies furnished to all Counsel of Record

315785234.1