UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

ZAGG INC,                                Case No.: 1:23-cv-20304-RKA

        Plaintiff,

v.

MENACHEM MENDEL ICHILEVICI,
TX TRADING INC.,

        Defendants,

and

DVG TRADE LLC,

        Defendant/
        Counterclaim-Plaintiff/
        Third-Party Plaintiff,

v.

ZAGG INC,

        Counterclaim-Defendant,

v.

SCREENYA, LLC, MERRIL LONGMORE,
And BRENDAN BUCKNER,

        Third-Party Defendants.
_____/

**ORDER GRANTING MERRIL LONGMORE AND BRENDAN BUCKNER'S MOTION
TO JOIN ZAGG INC AND SCREENYA, LLC'S MOTION TO DISMISS
DVG TRADE LLC'S COUNTERCLAIM AND THIRD-PARTY COMPLAINT**

THIS CAUSE having come before the court on the Third-Party Defendants Merril Longmore and Brendan Buckner's Motion to Join Zagg Inc and Screenya, LLC's Motion to

Dismiss (the "Motion") [ECF No.____], and the court having reviewed the file and being otherwise advised in the premises, it is

ORDERED and ADJUDGED that the Motion is Granted. The Third-Party Defendants Longmore and Buckner may join the previously-filed Motion to Dismiss [ECF No. 50] and that Motion to Dismiss shall be deemed to have been filed by all Defendants. DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _____ day of _____, 2023.

                                                                                                                 _____
                                                                                                                 Honorable Roy K. Altman
                                                                                                                 United States District Court Judge

Copies furnished to all Counsel of Record

315785247.1