UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  1:2023cv20304 (Altman/Reid)

ZAGG INC.,

    Plaintiff,

v.

TX TRADING, INC.,

    Defendant.
_____/

## MEDIATION REPORT

A mediation conference was held on this matter on July 18, 2023.  The following were present:

| | | |
|---|---|---|
| X | 1. | Plaintiff. |
| X | 2. | If plaintiff is not an individual, the representative who appeared had total authority. |
| X | 3. | Defendant. |
| X | 4. | If defendant is not an individual, the representative who appeared had total authority. |

The result of the conference is as follows:

|   |   |
|---|---|
| ___ | The conflict has been fully resolved. |
| ___ | The conflict has been partially resolved.  The parties are submitting a stipulation for the court's approval.  Some issues still require court resolution: _____ |
| X | The mediation has been continued for thirty (30) days. |
| ___ | The parties have reached a total impasse; all issues require court action. |

_____
Signature of Mediator
Steven A. Mayans
Certification #5364CR

cc:  The Honorable Roy K. Altman
      Morgan T. Nickerson, Esquire
      Mark Berkowitz, Esquire