UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

Case No.: 1:23-cv-20304-ALTMAN/REID

ZAGG INC,

  Plaintiff,

v.

MENACHEM MENDEL ICHILEVICI;
TX TRADING INC.;
DVG TRADE LLC; and

  Defendants.
_____/

DVG TRADE LLC,

  Counterclaim-Plaintiff,

v.

ZAGG INC., SCREENYA, LLC,
MERRIL LONGMORE, and
BRENDAN BUCKNER,

  Counterclaim-Defendants.
_____/

### ORDER ON DISCOVERY HEARING

**THIS CAUSE** came before the Court pursuant to the Notices of Hearing. [ECF Nos. 112, 114, and 115]. After considering the submission of the parties and hearing argument from counsel on October 18, 2023, the Court makes the following determinations:

  1. All discovery shall be completed by **November 29, 2023**. **No additional extensions regarding discovery will be granted**.

2. The parties shall set and complete the deposition of Jennifer Doran before the close of discovery.

3. The parties shall set and complete the deposition of the corporate representative of DVG Trade LLC before the close of discovery.

4. Zagg Inc. shall either produce documents, object in writing, or provide a privilege log regarding Screenya, LLC's formation documents within **fourteen (14) days** of this Order.

5. Regarding the production of documents associated with the relevant mobile carriers and retailers, DVG Trade LLC shall file a Motion to Compel within **seven (7) days of this Order**. Zagg, Inc. shall file a Response within **seven (7) days** of the Motion. Each filing must not exceed 10 pages.

6. The parties are reminded that both the parties themselves and the interests of justice are best served by counsel making every effort to meaningfully confer in good faith to resolve any disputes regarding discovery. All remaining discovery disputes, if any, must be brought to the Court's attention well before the close of discovery.

**DONE AND ORDERED** in Chambers at Miami, Florida this 20th day of October 2023.

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **U.S. District Court Judge Roy K. Altman**; and
**All Counsel of Record**