**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

ZAGG INC,                                **Case No.: 1:23-cv-20304-ALTMAN/REID**

        Plaintiff,

v.

MENACHEM MENDEL ICHILEVICI;
TX TRADING INC.;
DVG TRADE LLC; and

        Defendants.
_____/

DVG TRADE LLC,

        Counterclaim-Plaintiff,

v.

ZAGG INC., SCREENYA, LLC,
MERRIL LONGMORE, and
BRENDAN BUCKNER,

        Counterclaim-Defendants.
_____/

**CONSENTED-TO MOTION TO**
**EXTEND TIME TO COMPLETE EXPERT DISCOVERY**

        Pursuant to Fed. R. Civ. P. 6, Defendant DVG Trade LLC ("DVG"), and Defendant Menachem Mendel Ichilevici (collectively with DVG, "Defendants") respectfully submit this consented-to motion for an extension of time for the parties to complete expert discovery in this matter. As grounds for this Motion, Defendants state as follows:

        1.     On January 6, 2025, the Court granted the motion filed by Plaintiff Zagg Inc. ("Zagg") and Screenya, LLC ("Screenya," collectively with Zagg, "Plaintiffs") to extend the deadlines to complete expert discovery in this matter. (Dkt. 281.)

2. Specifically, the Court set (i) February 1, 2025 as the deadline for Plaintiffs to provide its substitute expert witness report; (ii) February 14, 2025 as the deadline for Plaintiffs' substitute expert witness to be made available for deposition; and (iii) March 1, 2025 for the completion of expert discovery.

3. On February 1, 2025, Plaintiffs served the expert report of Andrew C. Bernstein.

4. On February 6, 2025, Defendants served a notice of deposition of Mr. Bernstein for February 14, 2025. However, due to an unexpected change in a family obligation of Defendants' counsel, Defendants requested that the deposition of Mr. Bernstein be rescheduled, and Plaintiffs consented.

5. Despite diligent efforts, the parties have been unable to find a mutually agreeable date for the rescheduled deposition of Mr. Bernstein before the March 1, 2025 close of expert discovery.

6. Accordingly, the parties request a short extension of time to complete the deposition of Mr. Bernstein.

7. This motion is timely made pursuant to Fed. R. Civ. P. 6 and in keeping with the Court's procedures requiring filing requests for extensions of time. The parties are aware of the full caseload of the Southern District judges. Accordingly, the motion is not made for any purpose of delay. Rather, the motion is made to conserve judicial and party resources.

8. In accordance with Local Rule 7.1, the undersigned certifies that counsel for Defendants has conferred with counsel for Plaintiffs and is authorized to represent to the Court that Plaintiffs consent to the relief sought in the Motion.

WHEREFORE, Defendants respectfully request that the Court grant an extension of time up to and including March 7, 2025 for the parties to complete expert discovery.

DATED:	February 28, 2025
	Boca Raton, Florida

                Respectfully submitted,

                By: */s/ Geoffrey M. Cahen*
                    Geoffrey M. Cahen
                    Florida Bar No. 0013319
                    CAHEN LAW, P.A.
                    1900 Glades Road, Suite 270
                    Boca Raton, Florida  33431
                    Tel. No.: (561) 922-0430
                    Geoff@cahenlaw.com

                    Mark Berkowitz (*Pro Hac Vice*)
                    Sandra A. Hudak (*Pro Hac Vice*)
                    TARTER KRINSKY & DROGIN LLP
                    1350 Broadway
                    New York, NY  10018
                    Tel. No: (212) 216-8000
                    mberkowitz@tarterkrinsky.com
                    shudak@tarterkrinsky.com

                    *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed, this **28th day of February, 2025** to:

*Counsel for Plaintiff*

Mallory Meagan Cooney
K&L Gates LLP
200 South Biscayne Boulevard, Suite 3900
Miami, FL 33131
Email: mallory.cooney@klgates.com

Morgan T. Nickerson
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Email: morgan.nickerson@klgates.com

By: __*/s/ Geoffrey M. Cahen*_____