**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

ZAGG INC,                                                                      **Case No.: 1:23-cv-20304-ALTMAN/REID**

        Plaintiff,

v.

MENACHEM MENDEL ICHILEVICI;
TX TRADING INC.;
DVG TRADE LLC; and

        Defendants.
_____/

DVG TRADE LLC,

        Counterclaim-Plaintiff,

v.

ZAGG INC., SCREENYA, LLC,
MERRIL LONGMORE, and
BRENDAN BUCKNER,

        Counterclaim-Defendants.
_____/

**DVG TRADE LLC'S MOTION TO SEAL UNREDACTED VERSION OF DVG'S OBJECTIONS TO THE COURT'S FEBRUARY 28, 2025 DISCOVERY ORDER [288]**

Pursuant to Local Rule 5.4, Defendant/Counterclaim-Plaintiff DVG Trade LLC ("DVG" or "Defendant") respectfully submits this motion to seal the unredacted version of its Rule 72(a) Objections to the Court's February 28, 2025 Discovery Order (ECF No. 288). DVG seeks this relief due to the nature and contents of the redacted portions, which include information and testimony that the Court has already placed under seal in connection with Zagg's Motion for Spoliation, to which the February 28, 2025 Discovery Order relates. Specifically, the portions that

1

DVG seeks to maintain under seal are quotations from the Sealed December 2, 2024 Evidentiary Hearing; from a document that was filed under seal in connection with Zagg's underlying Motion for Spoliation (ECF No. 240); and from an exhibit that was filed under seal in connection with DVG's Opposition to that Motion (ECF No. 251-2).

WHEREFORE DVG respectfully requests that the Court enter an order (1) placing under seal the unredacted version of DVG's Rule 72(a) Objections to the Court's February 28, 2025 Discovery Order (ECF No. 288); and (2) granting such further relief as it deems just and proper.

March 28, 2025

Respectfully submitted,

By: */s/ Geoffrey M. Cahen*
    Geoffrey M. Cahen
    Florida Bar No. 0013319
    CAHEN LAW, P.A.
    1900 Glades Road, Suite 270
    Boca Raton, Florida 33431
    Tel. No.: (561) 922-0430
    Geoff@cahenlaw.com

    Mark Berkowitz (*Pro Hac Vice*)
    Sandra A. Hudak (*Pro Hac Vice*)
    TARTER KRINSKY & DROGIN LLP
    1350 Broadway
    New York, NY  10018
    Tel. No: (212) 216-8000
    mberkowitz@tarterkrinsky.com
    shudak@tarterkrinsky.com

    *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed, this **28th day of March, 2025**, to:

*Counsel for Plaintiff*

Mallory Meagan Cooney
K&L Gates LLP
200 South Biscayne Boulevard, Suite 3900
Miami, FL 33131
Email: mallory.cooney@klgates.com

Morgan T. Nickerson
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Email: morgan.nickerson@klgates.com

By: */s/ Geoffrey M. Cahen*