**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:23-cv-20304-ALTMAN/LETT

ZAGG, INC,
     Plaintiff,

v.

MENACHEM MENDEL ICHILEVICI;
TX TRADING INC. and DVG TRADE, LLC,

     Defendants,

                                      /

DVG TRADE LLC
     Counterclaim-Plaintiff,

v.

ZAGG INC, SCREENYA, LLC,
MERRIL LONGMORE, and
BRENDAN BUCKNER,
     Counterclaim-Defendants.

                                      /

**JOINT SCHEDULING REPORT PURSUANT TO**
**JUNE 23, 2026 PAPERLESS ORDER [D.E. 383]**

Plaintiff ZAGG Inc. ("**ZAGG**"), and Defendants Menachem Mendel Ichilevici and DVG Trade LLC (collectively, "**Defendants**") by and through undersigned counsel, hereby submit this Joint Scheduling Report Pursuant to the Court's June 23, 2026, Paperless Order [D.E. 383], and state:

1.     On May 18, 2026, the Court entered its Paperless Order [D.E. 379] granting the Motion to Withdraw of Zagg's former counsel.

2.     Zagg retained new counsel who timely filed their notices of appearance. [D.E. 380-82].

3.      On June 23, 2026. the Court entered its Paperless Order [D.E. 383] ordering "the parties to file a joint scheduling report, explaining how they'd like to proceed, by July 6, 2026" and stating that the Court will enter a new scheduling order thereafter.

4.      The parties hereby comply with the Court's June 23, 2026, Paperless Order and advise the Court as follows:

(A) the parties wish to proceed to trial, subject to the Court's schedule, commencing the second week of November 2026;

(B) the parties request the Court set a calendar call within two weeks of the trial date set by the Court;

(C) the parties request the Court set a deadline for the parties to submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed findings of fact and conclusions of law one month before the trial date set by the Court[1];

(D) the parties request that replies concerning their respective Motions *In Limine* [DE 369, 376 & DE 370, 377] be due three weeks from the date the Court enters an Order on this joint submission..

**WHEREFORE**, the parties respectfully request that the Court accept this Joint Scheduling Report and enter a new scheduling order as set forth herein.

---

[1] The parties have agreed for the case to proceed by bench trial. *See* D.E. 371 and 374.

Dated: July 6, 2026

**KLUGER, KAPLAN, SILVERMAN,
KATZEN & LEVINE, P.L.**
*Attorneys for Plaintiff*
201 South Biscayne Blvd., Suite 1800
Miami, Florida 33131
Telephone: (305) 379-9000

By: *s/ Abbey L. Kaplan*
**Abbey L. Kaplan, Esq.**
Fla. Bar No. 200255
*akaplan@klugerkaplan.com*
**Steve I. Silverman, Esq.**
Fla. Bar No. 516831
*ssilverman@klugerkaplan.com*
**Halyna Hnatkiv, Esq.**
Fla. Bar No. 1039034
*hhnatkiv@klugerkaplan.com*

**CAHEN LAW, P.A.**
*Counsel for Menachem Mendel Ichilevici
and DVG Trade LLC*
1900 Glades Road, Suite 270
Boca Raton, FL 33431
Tel. No. (561) 922-0430

By: */s/ Geoffrey M. Cahen*
**Geoffrey M. Cahen**
Florida Bar No. 0013319
*Geoff@cahenlaw.com*

**TARTER KRINSKY & DROGIN LLP**
1350 Broadway
New York, NY 10018
(212) 216-8000
**Mark Berkowitz** (*Pro Hac Vice*)
*mberkowitz@tarterkrinsky.com*
**Sandra A. Hudak** (*Pro Hac Vice*)
*shudak@tarterkrinsky.com*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record on this 6th day of July, 2026.

*/s/ Abbey L. Kaplan*
Abbey L. Kaplan